**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:16-BK-20362 |
| | § | |
| GLEN ALUM OPERATIONS, LLC a | § | |
| Delaware Limited liability company, et al. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Robert L. Johns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $385,493.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,356,009.79 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,289,687.26 | | |

3) Total gross receipts of $9,645,697.05 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,645,697.05 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $8,762,879.41 | $8,356,009.79 | $8,356,009.79 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,289,687.26 | $1,289,687.26 | $1,289,687.26 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $754,799.92 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $633,423.41 | $633,423.41 | $0.00 |
| **Total Disbursements** | $0.00 | $11,440,790.00 | $10,279,120.46 | $9,645,697.05 |

4). This case was originally filed under chapter 7 on 07/03/2016. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2018        By:  /s/ Robert L. Johns
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Prepaid Other | 1121-000 | $831.70 |
| Utility Deposit - Appalachian Electric Power | 1121-000 | $121,061.73 |
| 42" Conveyor Belt | 1129-000 | $100,000.00 |
| A.L. Lee Rescue Chamber (4) | 1129-000 | $250,000.00 |
| Cogar Feeder (2) | 1129-000 | $50,000.00 |
| Eimco Miner | 1129-000 | $65,000.00 |
| Fletcher Dual Bolter (7) | 1129-000 | $200,000.00 |
| Interest in Blackthorn Mining Company, LLC | 1129-000 | $655,000.00 |
| Interest in Glen Alum Land, LLC | 1129-000 | $1,322,000.00 |
| Investec Post Petition Loan | 1129-000 | $300,000.00 |
| Joy Miner (5) | 1129-000 | $525,000.00 |
| Joy Shuttle Car (10) | 1129-000 | $100,000.00 |
| Line Power Substation | 1129-000 | $65,000.00 |
| Mine Supplies December 2013 $75,000.00 | 1129-000 | $131,250.00 |
| Mobile Office Building | 1129-000 | $35,000.00 |
| Office FurnitureMiscellaneousREplacement | 1129-000 | $12,000.00 |
| Other Miscellaneous Mining Equipment | 1129-000 | $600,000.00 |
| Prep Plant | 1129-000 | $1,875,000.00 |
| Rail Loadout | 1129-000 | $125,000.00 |
| Real PropertyInfrastructure and ImprovementsEquitable Interest Net Book value of debtor's interest 287395.00Current | 1129-000 | $665,203.22 |
| Stamler Feeder (6) | 1129-000 | $100,000.00 |
| Surety Bonds - State of Kentucky | 1129-000 | $225,000.00 |
| Surface Support Equipment | 1129-000 | $125,000.00 |
| Trey-K Section PC | 1129-000 | $110,000.00 |
| United Bank Mine Account (Petty Cash) | 1129-000 | $308.12 |
| United Bank Operating Account | 1129-000 | $87,374.69 |
| United Bank Payroll Account (2BA) | 1129-000 | $163.47 |
| Wharncliffe Post Petition Loan | 1129-000 | $75,000.00 |
| Surety Bonds - West Virginia State Treasurers Office | 1290-000 | $1,725,504.12 |
| **TOTAL GROSS RECEIPTS** | | $9,645,697.05 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Komatsu Financial Limited Partnership | 4110-000 | $0.00 | $88,516.83 | $88,500.76 | $88,500.76 |
| 2 | West Virginia State Tax Department | 4120-000 | $0.00 | $629,362.58 | $222,509.03 | $222,509.03 |
|  | Investec payment of post-petition loan | 4110-000 | $0.00 | $300,000.00 | $300,000.00 | $300,000.00 |
|  | Investec payment of secured claim #14 | 4110-000 | $0.00 | $7,500,000.00 | $7,500,000.00 | $7,500,000.00 |
|  | Wharncliffe payment of secured claim | 4110-000 | $0.00 | $245,000.00 | $245,000.00 | $245,000.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $8,762,879.41 | $8,356,009.79 | $8,356,009.79 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert L. Johns, Trustee | 2100-000 | NA | $312,620.91 | $312,620.91 | $312,620.91 |
| Robert Johns, Trustee | 2200-000 | NA | $3,215.96 | $3,215.96 | $3,215.96 |
| Insurance Partners Agency, INC | 2300-000 | NA | $353.22 | $353.22 | $353.22 |
| Pinnacle Bank | 2600-000 | NA | $2,981.31 | $2,981.31 | $2,981.31 |
| Administrative expenses | 2690-000 | NA | $315,453.22 | $315,453.22 | $315,453.22 |
| Chapter 7 Operating Administrative expenses | 2690-000 | NA | $511,140.24 | $511,140.24 | $511,140.24 |
| Post Petition electric refund | 2690-000 | NA | $35,713.31 | $35,713.31 | $35,713.31 |
| Mingo County Sheriff | 2820-000 | NA | $12,291.21 | $12,291.21 | $12,291.21 |
| Turner & Johns PLLC, Attorney for Trustee | 3110-000 | NA | $93,160.00 | $93,160.00 | $93,160.00 |
| Turner & Johns PLLC, Attorney for Trustee | 3120-000 | NA | $2,757.88 | $2,757.88 | $2,757.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,289,687.26 | $1,289,687.26 | $1,289,687.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | West Virginia State Tax Department | 5800-000 | $0.00 | $754,799.92 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $754,799.92 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2B | West Virginia State Tax Department | 7100-000 | $0.00 | $122,637.78 | $122,637.78 | $0.00 |
| 3 | W & B Fabricators, Inc. | 7100-000 | $0.00 | $39,825.00 | $39,825.00 | $0.00 |
| 4 | Mayo Manufacturing Co Inc | 7100-000 | $0.00 | $63,125.13 | $63,125.13 | $0.00 |
| 5 | Caterpillar Global Mining America LLC | 7100-000 | $0.00 | $108,734.08 | $108,734.08 | $0.00 |
| 6 | Fairmont Supply Company | 7100-000 | $0.00 | $215,650.40 | $215,650.40 | $0.00 |
| 7 | B&M Repair Inc | 7100-000 | $0.00 | $15,498.97 | $15,498.97 | $0.00 |
| 8 | Mine Safety & Health Admin. | 7100-000 | $0.00 | $67,952.05 | $67,952.05 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $633,423.41 | $633,423.41 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-20362-FWV | Trustee Name: | Robert L. Johns |
| Case Name: | GLEN ALUM OPERATIONS, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL. | Date Filed (f) or Converted (c): | 07/03/2016 (f) |
| For the Period Ending: | 3/13/2018 | §341(a) Meeting Date: | 08/12/2016 |
| | | Claims Bar Date: | 01/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | United Bank Operating Account | $120,446.00 | $87,374.69 | | $87,374.69 | FA |
| 2 | United Bank Payroll Account (2BA) | $0.00 | $0.00 | | $163.47 | FA |
| 3 | United Bank Mine Account (Petty Cash) | $308.00 | $0.00 | | $308.12 | FA |
| 4 | Utility Deposit - Appalachian Electric Power | $129,754.00 | $85,348.42 | | $121,061.73 | FA |
| 5 | Advance - Royalties, Carbon Fuels | $100,000.00 | $0.00 | | $0.00 | FA |
| 6 | Surety Bonds - West Virginia State Treasurers Office | $1,380,738.96 | $1,725,504.12 | | $1,725,504.12 | FA |
| 7 | Surety Bonds - State of Kentucky | $186,000.00 | $225,000.00 | | $225,000.00 | FA |
| 8 | Prepaid Other | $12,845.00 | $831.70 | | $831.70 | FA |
| 9 | Prepaid Insurance - Various Insurance Companies Pursuant to Insurance Premium Financing Agreement | $285,493.00 | $0.00 | | $0.00 | FA |
| 10 | Accounts Receivable Face amount $1,857,591.00 - doubtful or uncollectible $1,857,591.00 | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Coal Inventory December 2013 Net book value of debtor's interest $601,179.52 | Unknown | $0.00 | | $0.00 | FA |
| 12 | Mine Supplies December 2013 $75,000.00 | Unknown | $131,250.00 | | $131,250.00 | FA |
| 13 | Office Furniture Miscellaneous REplacement | $7,000.00 | $12,000.00 | | $12,000.00 | FA |
| 14 | Prep Plant | $1,500,000.00 | $1,875,000.00 | | $1,875,000.00 | FA |
| 15 | Other Miscellaneous Mining Equipment | $484,500.00 | $600,000.00 | | $600,000.00 | FA |
| 16 | Mobile Office Building | Unknown | $35,000.00 | | $35,000.00 | FA |
| 17 | Rail Loadout | Unknown | $125,000.00 | | $125,000.00 | FA |
| 18 | Joy Miner (5) | $426,000.00 | $525,000.00 | | $525,000.00 | FA |
| 19 | Joy Shuttle Car (10) | $80,500.00 | $100,000.00 | | $100,000.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2       Exhibit 8

| Case No.: | 16-20362-FWV | Trustee Name: | Robert L. Johns |
| Case Name: | GLEN ALUM OPERATIONS, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL. | Date Filed (f) or Converted (c): | 07/03/2016 (f) |
| For the Period Ending: | 3/13/2018 | §341(a) Meeting Date: | 08/12/2016 |
| | | Claims Bar Date: | 01/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  Stamler Feeder (6) | $80,000.00 | $100,000.00 | | $100,000.00 | FA |
| 21  Line Power Substation | $50,000.00 | $65,000.00 | | $65,000.00 | FA |
| 22  A.L. Lee Rescue Chamber (4) | $200,000.00 | $250,000.00 | | $250,000.00 | FA |
| 23  Eimco Miner | $50,000.00 | $65,000.00 | | $65,000.00 | FA |
| 24  Cogar Feeder (2) | $40,000.00 | $50,000.00 | | $50,000.00 | FA |
| 25  Fletcher Dual Bolter (7) | $155,000.00 | $200,000.00 | | $200,000.00 | FA |
| 26  Trey-K Section PC | $86,000.00 | $110,000.00 | | $110,000.00 | FA |
| 27  42" Conveyor Belt | $81,000.00 | $100,000.00 | | $100,000.00 | FA |
| 28  Surface Support Equipment | Unknown | $125,000.00 | | $125,000.00 | FA |
| 29  Komatsu Wheel Loader | Unknown | $0.00 | | $0.00 | FA |
| 30  Real Property Infrastructure and Improvements Equitable Interest Net Book value of debtor's interest 287395.00 Current value "unknown" | Unknown | $665,203.22 | | $665,203.22 | FA |
| 31  WVDEP Mining Permit #U-5039-88B (Alma No. 2) | Unknown | Unknown | | $0.00 | FA |
| 32  WVDEP Mining Permit #U-5005-08 (Lower Alma No. 6) | Unknown | Unknown | | $0.00 | FA |
| 33  WVDEP Mining Permit #U-5022-08 (Peach Creek No. 1) | Unknown | Unknown | | $0.00 | FA |
| 34  WVDEP Mining Permit #U-5040-08 (Peach Creek No. 2) | Unknown | Unknown | | $0.00 | FA |
| 35  WVDEP Mining Permit #U-5002-98B | Unknown | Unknown | | $0.00 | FA |
| 36  WVDEP Mining Permit #L-00000-920 (prep Plant) | Unknown | Unknown | | $0.00 | FA |
| 37  WVDEP Mining Permit #U-5001-96 (Righthand Fork Deep Mine UG) | Unknown | Unknown | | $0.00 | FA |
| 38  WVDEP Mining Permit #S-5012-94 (Hernshaw Cut Through) | Unknown | Unknown | | $0.00 | FA |
| 39  WVDEP Mining Permit #U-5048-92D (Upper Cedar Grove No. 3) | Unknown | Unknown | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3 Exhibit 8

| Case No.: | 16-20362-FWV | Trustee Name: | Robert L. Johns |
| Case Name: | GLEN ALUM OPERATIONS, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL. | Date Filed (f) or Converted (c): | 07/03/2016 (f) |
| For the Period Ending: | 3/13/2018 | §341(a) Meeting Date: | 08/12/2016 |
| | | Claims Bar Date: | 01/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40 WVDEP Mining Permit #U-5011-99E (Upper Cedar Grove No. 4) | Unknown | Unknown | | $0.00 | FA |
| 41 WVDEP Mining Permit #U-5039-88E (Upper Cedar Grove No. 5) | Unknown | Unknown | | $0.00 | FA |
| 42 WVDEP Mining Permit #O-5037-89 (Prep Plant/Loan Out) | Unknown | Unknown | | $0.00 | FA |
| 43 WVDEP Mining Permit #O-5027-92 (Glen Alum Refuse) | Unknown | Unknown | | $0.00 | FA |
| 44 WVDEP Mining Permit #U-5018-97 (Righthand Fork Deep Mine) | $0.00 | Unknown | | $0.00 | FA |
| 45 WVDEP Mining Permit #S-5015-92 (Righthand Fork Surface) | Unknown | Unknown | | $0.00 | FA |
| 46 WVDEP Mining Permit #S-4031-01 (Patton No. 10) | Unknown | Unknown | | $0.00 | FA |
| 47 WVDEP Mining Permit #P 5045-11 (Alum Creek Prospect) | Unknown | $0.00 | | $0.00 | FA |
| 48 WVDEP Mining Permit #P 5002-14 (Glen Alum Prospect) | Unknown | Unknown | | $0.00 | FA |
| 49 KYDEP Mining Permit #898-4477 (Calloway - Pike County, KY) | Unknown | Unknown | | $0.00 | FA |
| 50 KYDEP Mining Permit #898-4478 (Netley Branch - Pike County, KY) | Unknown | Unknown | | $0.00 | FA |
| 51 WVDEP Mining Permit #P5012-14 (Plant Prospect) | $0.00 | Unknown | | $0.00 | FA |
| 52 WVDEP Air Quality Permit, DAQ Company ID # 03-54-05900032 (Prep Plant) | $0.00 | Unknown | | $0.00 | FA |
| 53 US Nuclear Regulatory Commission Registration Number GL-59304-20 (Prep Plant) | $0.00 | Unknown | | $0.00 | FA |
| 54 Interest in Glen Alum Land, LLC (u) | $0.00 | $1,322,000.00 | | $1,322,000.00 | FA |
| 55 Interest in Blackthorn Mining Company, LLC (u) | $0.00 | $655,000.00 | | $655,000.00 | FA |
| 56 Investec Post Petition Loan (u) | $0.00 | $300,000.00 | | $300,000.00 | FA |
| 57 Wharncliffe Post Petition Loan (u) | $0.00 | $75,000.00 | | $75,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4   Exhibit 8

| Case No.: | 16-20362-FWV | Trustee Name: | Robert L. Johns |
| Case Name: | GLEN ALUM OPERATIONS, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL. | Date Filed (f) or Converted (c): | 07/03/2016 (f) |
| For the Period Ending: | 3/13/2018 | §341(a) Meeting Date: | 08/12/2016 |
| | | Claims Bar Date: | 01/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| $5,455,584.96 | $9,609,512.15 | | $9,645,697.05 | $0.00 |

**Major Activities affecting case closing:**

| 10/27/2017 | 10/31/17 Awaiting payments to clear bank account to file TFR. |
| 10/16/2017 | Order granting Trustee's motion for interim distribution of funds entered by Court. |
| 04/13/2017 | Order granting Trustee's motion to substantively consolidate cases with $16-20364. |
| 02/28/2017 | Trustee to filed Motion to Substantively Consolidate the following five cases (Glen Alum Holding, LLC 16-20364; Glen Alum Operations, LLC 16-20362; Glen Alum Lan, LLC 16-20363l; Blackthorn Mining Company, LLC 16-20365 and Jenever, LLC 16-20366). Trustee to allocate total sale to assets of the companies upon approval of the Motion to Consolidate |
| 01/25/2017 | Sale completed. Trustee to file Motion to Substantively Consolidate the five cases listed below. Trustee to allocate total sale to assets of the companies upon approval of the Motion to Consolidate |
| 10/06/2016 | Sale closed. Administratively consolidated with Glen Alum Holdings, LLC 16-20364 |
| 09/20/2016 | Order approving sale entered. |
| 08/16/2016 | Trustee filed Motion to sell all assets of Glen Alum Operations, LLC, Glen Alum Land, LLC, Glen Alum Holdings, LLC, & Blackthorn Mining Company, LLC. |
| 08/16/2016 | Trustee filed Motion to sell all assets of Glen Alum Operations, LLC, Glen Alum Holdings, LLC and Blackthorn Mining Company, LLC |
| 07/05/2016 | Motion by Trustee Robert L. Johns for Joint Administration Case Number: 16-20362, 16-20363, 16-20364, 16-20365 and 16-20366 |

Initial Projected Date Of Final Report (TFR):            Current Projected Date Of Final Report (TFR):   11/30/2017      /s/ ROBERT L. JOHNS

ROBERT L. JOHNS

FORM 2

Page No: 1  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-20362-FWV | |
| **Case Name:** | GLEN ALUM OPERATIONS, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL. | |
| **Primary Taxpayer ID #:** | **-***6579 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/3/2016 | |
| **For Period Ending:** | 3/13/2018 | |

| | |
|---|---|
| **Trustee Name:** | Robert L. Johns |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0166 |
| **Account Title:** | Estate of Glen Alum Operations, LLC |
| **Blanket bond (per case limit):** | $3,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2016 | | Estate of Glen Alum Holding, LLC | Transfer of funds | * | $600,000.00 | | $600,000.00 |
| | {13} | | Office Furniture Miscellaneous Replacement | $12,000.00 | 1129-000 | | $600,000.00 |
| | {14} | | Prep Plant | $1,875,000.00 | 1129-000 | | $600,000.00 |
| | {15} | | Other Miscellaneous Mining Equipment | $600,000.00 | 1129-000 | | $600,000.00 |
| | {16} | | Mobile Office Building | $35,000.00 | 1129-000 | | $600,000.00 |
| | {17} | | Rail Loadout | $125,000.00 | 1129-000 | | $600,000.00 |
| | {18} | | Joy Miner (5) | $525,000.00 | 1129-000 | | $600,000.00 |
| | {19} | | Joy Shuttle Car | $100,000.00 | 1129-000 | | $600,000.00 |
| | {20} | | Stamler Feeder (6) | $100,000.00 | 1129-000 | | $600,000.00 |
| | {21} | | Line Power Substation | $65,000.00 | 1129-000 | | $600,000.00 |
| | {22} | | A.L. Lee Rescue Chamber (4) | $250,000.00 | 1129-000 | | $600,000.00 |
| | {23} | | Eimco Miner | $65,000.00 | 1129-000 | | $600,000.00 |
| | {24} | | Cogar Feeder (2) | $50,000.00 | 1129-000 | | $600,000.00 |
| | {25} | | Fletcher Dual Bolter (7) | $200,000.00 | 1129-000 | | $600,000.00 |
| | {26} | | Trey-K Section PC | $110,000.00 | 1129-000 | | $600,000.00 |
| | {28} | | Surface Support Equipment | $125,000.00 | 1129-000 | | $600,000.00 |
| | {30} | | Real Property Infrastructure and improvements, equitable Interest, Net Book Value of debtor's Interest $287,395.00, Current value Unknow. | $665,203.22 | 1129-000 | | $600,000.00 |
| | {6} | | Surety Bonds - West Virginia | $1,725,000.00 | 1290-000 | | $600,000.00 |
| | {7} | | Surety Bonds - Commonwealth of Kentucky | $225,000.00 | 1129-000 | | $600,000.00 |
| | {12} | | Mine Supplies December 2013 $75,000.00 | $131,250.00 | 1129-000 | | $600,000.00 |
| | | | Administrative expenses | $(315,453.22) | 2690-000 | | $600,000.00 |
| | | | Investec payment of secured claim #14 | $(7,500,000.00) | 4110-000 | | $600,000.00 |
| | | | Wharncliffe payment of secured claim | $(170,000.00) | 4110-000 | | $600,000.00 |
| | {54} | | interest in Glen Alum Land, LLC (u) | $1,322,000.00 | 1129-000 | | $600,000.00 |

| | | | SUBTOTALS | $600,000.00 | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-20362-FWV | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | GLEN ALUM OPERATIONS, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6579 | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Estate of Glen Alum Operations, LLC |
| For Period Beginning: | 7/3/2016 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/13/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | {55} | | Interest in Blackthorn Mining Company, LLC | $655,000.00 | 1129-000 | | | $600,000.00 |
| | | | Investec payment of post-petition loan | $(300,000.00) | 4110-000 | | | $600,000.00 |
| | | | Wharncliffe payment of secured claim | $(75,000.00) | 4110-000 | | | $600,000.00 |
| 11/09/2016 | | Pinnacle Bank | Bank Fee from October 2016 for funds deposited into wrong case 16-20364 | | 2600-000 | | $562.30 | $599,437.70 |
| 11/14/2016 | 3002 | Komatsu Financial Limited Partnership | Payment of Secured claim per Order entered 11/4/2016 | | 4110-000 | | $88,500.76 | $510,936.94 |
| 11/14/2016 | 3003 | Robert L. Johns | Interim distribution per Order entered 11/4/2016- Trustee Statutory fees pertaining to the sale of Debtor's assets | | 2100-000 | | $173,460.91 | $337,476.03 |
| 11/30/2016 | | American Electric Power | Refund of prepaid electric | | * | $66,030.43 | | $403,506.46 |
| | {4} | | Refund of prepaid electric | $101,743.74 | 1121-000 | | | $403,506.46 |
| | | | Post Petition electric refund | $(35,713.31) | 2690-000 | | | $403,506.46 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $394.99 | $403,111.47 |
| 12/16/2016 | (4) | American Electric Power | Refund of prepaid electric | | 1121-000 | $19,317.99 | | $422,429.46 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $729.40 | $421,700.06 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $680.74 | $421,019.32 |
| 02/28/2017 | (6) | State of West Virginia | Refund of Surety Bond from State of WV plus interest | | 1290-000 | $504.12 | | $421,523.44 |
| 03/03/2017 | (8) | Frontier Communications | Refund | | 1121-000 | $831.70 | | $422,355.14 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $613.88 | $421,741.26 |
| 04/03/2017 | 3004 | Insurance Partners Agency, INC | 2017 Bond payment | | 2300-000 | | $353.22 | $421,388.04 |
| 04/05/2017 | 3005 | Mingo County Sheriff | 2016 Real Estate Taxes | | 2820-000 | | $12,291.21 | $409,096.83 |
| 05/08/2017 | 3006 | Turner & Johns PLLC | Attorney Fees per Order entered 5/8/2017 | | 3110-000 | | $93,160.00 | $315,936.83 |
| 05/08/2017 | 3007 | Turner & Johns PLLC | Attorney expenses per Order entered 5/8/2017 | | 3120-000 | | $2,757.88 | $313,178.95 |

**SUBTOTALS**  $86,684.24  $373,505.29

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-20362-FWV | | | Trustee Name: | Robert L. Johns |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GLEN ALUM OPERATIONS, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL. | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6579 | | | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Estate of Glen Alum Operations, LLC |
| For Period Beginning: | 7/3/2016 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/13/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2017 | | United Bank | Balance from Operating account | * | $51,234.45 | | $364,413.40 |
| | {1} | | Balance from Operating account $87,374.69 | 1129-000 | | | $364,413.40 |
| | {27} | | 42" Conveyor Belt $100,000.00 | 1129-000 | | | $364,413.40 |
| | {56} | | Investec Post-Petition Loan $300,000.00 | 1129-000 | | | $364,413.40 |
| | {57} | | Wharncliffe Post-Petition Loan $75,000.00 | 1129-000 | | | $364,413.40 |
| | | | Chapter 7 Operating Administrative expenses $(511,140.24) | 2690-000 | | | $364,413.40 |
| 08/31/2017 | (2) | United Bank | Balance from Payroll account | 1129-000 | $163.47 | | $364,576.87 |
| 08/31/2017 | (3) | United Bank | Balance from Mine Account | 1129-000 | $308.12 | | $364,884.99 |
| 10/17/2017 | 3008 | West Virginia State Tax Department | Distribution Per Court Order entered 10/17/2017 | 4120-000 | | $222,509.03 | $142,375.96 |
| 10/17/2017 | 3009 | Robert L. Johns | Distribution per Court Order entered 10/17/17 | 2100-000 | | $139,160.00 | $3,215.96 |
| 10/17/2017 | 3010 | Robert Johns | Distribution per Court Order entered 10/17/2017 | 2200-000 | | $3,215.96 | $0.00 |
| | | | **TOTALS:** | | $738,390.28 | $738,390.28 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $738,390.28 | $738,390.28 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $738,390.28 | $738,390.28 | |

| For the period of 7/3/2016 to 3/13/2018 | | For the entire history of the account between 11/09/2016 to 3/13/2018 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $9,645,697.05 | Total Compensable Receipts: | $9,645,697.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,645,697.05 | Total Comp/Non Comp Receipts: | $9,645,697.05 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,645,697.05 | Total Compensable Disbursements: | $9,645,697.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,645,697.05 | Total Comp/Non Comp Disbursements: | $9,645,697.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4     Exhibit 9

| Case No. | 16-20362-FWV | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | GLEN ALUM OPERATIONS, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6579 | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Estate of Glen Alum Operations, LLC |
| For Period Beginning: | 7/3/2016 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/13/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $738,390.28 | $738,390.28 | $0.00 |

**For the period of 7/3/2016 to 3/13/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,645,697.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,645,697.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,645,697.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,645,697.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/03/2016 to 3/13/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,645,697.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,645,697.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,645,697.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,645,697.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS